[No. 32410-5-II.   Division Two.   March 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL E. KIRWAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-01469-6, Stephen M. Warning, J., entered October 13, 2004. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton and Armstrong, JJ.

[No. 32503-9-II.   Division Two.   March 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD A. WILBUR, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00244-5, Toni A. Sheldon, J., entered September 17, 2004. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[Nos. 32681-7-II; 32688-4-II.   Division Two.   March 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY DOUGLAS NIXON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, Nos. 04-1-00829-1 and 04-1-01088-1, Christine A. Pomeroy, J., entered December 22, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.